IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL J. JONES

    Plaintiff,                                             JUDGMENT IN A CIVIL CASE

v.                                                              14-cv-109-jdp

RONALD SWENSON, OFFICERS CAUDILLO
and PRESTON,  SERGEANT ROYZ,  and
OFFICER WILSON,

    Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff leave to proceed and dismissing his claims against Officers Caudillo and Preston, Sergeant Royz, and Officer Wilson; and

(2)  granting Ronald Swenson's motion for summary judgment and dismissing this case.

       /s/                                                              9/27/2016

Peter Oppeneer, Clerk of Court                         Date